UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| TUAN NGUYEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> SQUARETRADE, INC., <br><br> Defendants. | Case No.: 5:18-CV-00129-PSG-SHK  JS-6 <br><br> [~~PROPOSED~~] ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <br><br> HON. PHILIP S. GUTIERREZ |

Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 2/27/18

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE